

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Christine Lepera
A Professional Corporation
(917) 546-7703 Phone
(917) 546-7673 Fax
ctl@msk.com

November 20, 2025

**VIA ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

**Re:**  *Giles v. Cole et al*, **Case No. 1:25-cv-08920-LAP**

Dear Judge Preska:

We represent Defendants Universal Music Group, Inc. and Cole World Inc. (together, "Defendants") in the above-captioned action. Pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices, we respectfully request an extension of time for Defendants to answer, move, or otherwise respond to the Complaint filed by Plaintiff Cameron Giles ("Plaintiff").

Defendants' current deadline to respond to the Complaint is November 24, 2025. The Parties have agreed that Defendants may have until December 19, 2025 to respond to the Complaint.

This is the first request for an extension. Plaintiff's counsel has consented to the request. The requested extension will not affect any other scheduled dates.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Christine Lepera*

Christine Lepera
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

cc:    All counsel of record (via ECF)