

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Christine Lepera
A Professional Corporation
(917) 546-7703 Phone
(917) 546-7673 Fax
ctl@msk.com

December 12, 2025

**VIA ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

Re:   *Giles v. Cole et al*, Case No. 1:25-cv-08920-LAP

Dear Judge Preska:

We represent Defendants Universal Music Group, Inc., Cole World Inc., and Jermaine Lamarr Cole p/k/a J. Cole (collectively, "Defendants") in the above-captioned action.

Pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices, Defendants respectfully request that the time by which Defendants Cole World Inc. and Universal Music Group, Inc. shall answer, move, or otherwise respond to the Complaint filed by Plaintiff Cameron Giles in this action be extended from the current date of December 19, 2025 until February 10, 2026.

The basis for the extension request is that Defendant Jermaine Lamarr Cole has now been served with the Summons and Complaint, with an agreed upon response date thereto of February 10, 2026. The extension will allow for a uniform response date for all Defendants.

This is the second request for an extension of time to respond to the Complaint by Defendants Cole World Inc. and Universal Music Group, Inc.

Plaintiff consents to this extension request, which will not affect any other scheduled dates.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Christine Lepera
Christine Lepera
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

cc:   All counsel of record (via ECF)

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
12/15/25

21271580.2

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: www.msk.com