UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON GILES, p/k/a CAM'RON,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE LAMARR COLE, p/k/a J. COLE; COLE WORLD INC.; and UNIVERSAL MUSIC GROUP, INC.,<br><br>Defendants. | Case No. 1:25-cv-08920-LAP<br><br>NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Cameron Giles ("Plaintiff") hereby voluntarily dismisses all claims for relief against defendant Universal Music Group, Inc., without prejudice, with each party to bear its own costs, and with the action and all claims for relief brought by Plaintiff against defendants Jermaine Lamarr Cole and Cole World, Inc. to continue.

Dated: January 12, 2026

                                              Respectfully submitted,

                                              *s/ Brett Van Benthysen*
                                              Brian D. Caplan
                                              Robert W. Clarida
                                              Brett Van Benthysen
                                              REITLER KAILAS & ROSENBLATT LLP
                                              885 Third Avenue, 20th Floor
                                              New York, NY 10022
                                              Tel: (212) 209-3045
                                              bcaplan@reitlerlaw.com
                                              rclarida@reitlerlaw.com
                                              bvanbenthysen@reitlerlaw.com

                                              *Counsel for Plaintiff Cameron Giles*