UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON GILES, p/k/a CAM'RON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JERMAINE LAMARR COLE, p/k/a J. COLE; COLE WORLD INC.; and UNIVERSAL MUSIC GROUP, INC.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-08920-LAP<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AS TO DEFENDANT UNIVERSAL MUSIC GROUP, INC.** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective undersigned counsel, that:

　　　　1.　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims for relief asserted by plaintiff Cameron Giles ("Plaintiff") against defendant Universal Music Group, Inc. ("UMG") are voluntarily dismissed, without prejudice, with each party to bear its own costs.

　　　　2.　　The action and all claims for relief asserted by Plaintiff against defendants Jermaine Lamarr Cole and Cole World Inc. are not affected by this Stipulation.

　　　　3.　　This Stipulation may be executed in counterparts and by electronic signature, each of which shall be deemed an original.

21362049.1

2

| | |
|---|---|
| REITLER KAILAS & ROSENBLATT LLP | MITCHELL SILBERBERG & KNUPP LLP |
| By: *[signature]* <br> Brian D. Caplan <br> Robert W. Clarida <br> Brett Van Benthysen <br> 885 Third Avenue, 20th Floor <br> New York, NY 10022 <br> Tel: (212) 209-3045 <br> bcaplan@reitlerlaw.com <br> rclarida@reitlerlaw.com <br> bvanbenthysen@reitlerlaw.com <br><br> *Attorneys for Plaintiff Cameron Giles* <br><br> DATED:  January 28, 2026 | By: *[signature]* <br> Christine Lepera (ctl@msk.com) <br> Samantha W. Frankel (swf@msk.com) <br> 437 Madison Ave., 25th Floor <br> New York, New York 10022-7001 <br> Telephone: (212) 509-3900 <br> Facsimile: (212) 509-7239 <br><br> *Attorneys for Defendants Jermaine Lamarr Cole, Cole World Inc., and Universal Music Group, Inc.* <br><br> DATED:  January 28, 2026 |

**SO ORDERED:**

Dated: _____

_____
Hon. Loretta A. Preska
United States District Judge

2