UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON GILES, p/k/a CAM'RON,<br><br>        Plaintiff,<br>  v.<br><br>JERMAINE LAMARR COLE, p/k/a J. COLE; COLE WORLD INC.; and UNIVERSAL MUSIC GROUP, INC.,<br><br>        Defendants. | Case No. 1:25-cv-08920-LAP<br><br>**DEFENDANT COLE WORLD INC.'S RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and Local Civil Rule 7.1.1 of the Southern and Eastern Districts of New York, Defendant Cole World Inc., by its undersigned counsel, hereby certifies that it has no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

| | |
|---|---|
| DATED:  New York, New York<br>                February 10, 2026 | MITCHELL SILBERBERG & KNUPP LLP<br><br>By: /s/ Christine Lepera<br>     Christine Lepera (ctl@msk.com)<br>     Samantha W. Frankel (swf@msk.com)<br>     437 Madison Ave., 25th Floor<br>     New York, New York 10022-7001<br>     Telephone: (212) 509-3900<br>     Facsimile: (212) 509-7239<br><br>     *Attorneys for Defendants Cole World Inc.*<br>     *and Jermaine Lamarr Cole p/k/a J. Cole* |