UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Cameron Giles,

                Plaintiff(s),

       -against-

Jermaine Lamarr Cole, et al,

                Defendant(s).

------------------------------------x

25 CV 8920 (LAP)

**ORDER OF CONFERENCE**

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on _April 6, 2026_ at _12:00 pm_ for an Initial Pretrial Conference in the above action.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 3/23/26

New York, New York