

Brett Van Benthysen
bvanbethysen@reitlerlaw.com
212-209-3045

March 25, 2026

**<u>Via ECF</u>**
The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12A
New York, NY 10007-1312

The conference is adjourned to May 13, 2026 at 11:30 AM.

**SO ORDERED.**

_____
Loretta A. Preska
United States District Judge

March 25, 2026

Re: *Giles v. Cole et at.,* Case No. 1:25-cv-08920-LAP

Dear Judge Preska:

    This firm represents plaintiff Cameron Giles ("Plaintiff") in the above-referenced action.  I write with consent from counsel for defendants Jermaine Lamarr Cole and Cole World Inc. ("Defendants") to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for April 6, 2026. The adjournment is requested because Plaintiff's counsel will be in a settlement conference on that date on another matter.  If the Court is available, the parties have conferred and are available to reschedule the conference to April 15, 2026.  If the Court is not available, the parties can provide alternative dates.  This is the first request for an extension of the conference date.

                Respectfully submitted,

                *s/ Brett Van Benthysen*
                Brett Van Benthysen

cc: (all parties of record)

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main:  212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main:  609-514-1500

**Los Angeles**
227 Broadway, Suite 302
Santa Monica, CA 90401
Main:  310-337-2305

**www.reitlerlaw.com**