

Brett Van Benthysen
bvanbethysen@reitlerlaw.com
212-209-3045

May 7, 2026

**<u>Via ECF</u>**
The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12A
New York, NY 10007-1312

Re:  *Giles v. Cole et al.,* Case No. 1:25-cv-08920-LAP

Dear Judge Preska:

This firm represents plaintiff Cameron Giles ("Plaintiff") in the above-referenced action.  I write with consent from counsel for defendants Jermaine Lamarr Cole and Cole World Inc. ("Defendants") to respectfully request a short adjournment of the Initial Pretrial Conference currently scheduled for May 13, 2026 at 11:30 a.m.

The parties are in discussions for a potential resolution of the action.  The requested adjournment will permit the parties to continue those discussions and conserve resources pending a determination as to whether the matter can be resolved without further litigation.

This is the second request for an adjournment of the Initial Pretrial Conference.  The first request was granted, and the Initial Pretrial Conference was adjourned from April 6, 2026 to May 13, 2026.  Defendants consent to this request.  The parties have conferred and are available to reschedule the conference during the week of May 26, 2026, subject to the Court's availability.  If the Court is not available during that week, the parties can confer further and provide alternative dates.

| **New York** | **Princeton** | **Los Angeles** |
|---|---|---|
| 885 Third Avenue, 20th Floor | 4 Independence Way, Suite 120 | 227 Broadway, Suite 302 |
| New York, NY 10022 | Princeton, NJ 08540 | Santa Monica, CA 90401 |
| Main:  212-209-3050 | Main:  609-514-1500 | Main:  310-337-2305 |

**www.reitlerlaw.com**

Hon. Honorable Loretta A. Preska
May 7, 2026
Page 2

                                        Respectfully submitted,

                                         *s/ Brett Van Benthysen*
                                        Brett Van Benthysen

cc: (all parties of record)