

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Christine Lepera
A Professional Corporation
(917) 546-7703 Phone
ctl@msk.com

May 26, 2026

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

**Re:** *Giles v. Cole et al.*, **Case No. 1:25-cv-08920-LAP – Notice of Settlement and Request for Entry of Conditional Order of Dismissal**

Dear Judge Preska:

Defendants write, with Plaintiff's consent, to notify the Court that the parties have reached an agreement in principle to resolve the remaining claims in this action and are finalizing the settlement papers. The parties expect to complete that process within thirty (30) days.

In light of the parties' agreement in principle, the parties respectfully request that the Court enter a conditional order dismissing this action without costs and without prejudice to the right of any party to reopen the action by written application filed within thirty (30) days of the date of the Court's order if the settlement is not finalized and consummated, subject to any party's right to seek an extension of that deadline from the Court for good cause shown.

The proposed order would also vacate the Initial Pretrial Conference currently scheduled for May 28, 2026.

A proposed order is submitted herewith.

Respectfully submitted,

/s/ *Christine Lepera*

Christine Lepera
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

cc: All counsel of record via ECF

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM
