UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON GILES, p/k/a CAM'RON,<br><br>       Plaintiff,<br>   v.<br><br>JERMAINE LAMARR COLE, p/k/a J. COLE;<br>COLE WORLD INC.; and UNIVERSAL<br>MUSIC GROUP, INC.,<br><br>       Defendants. | Case No. 1:25-cv-08920-LAP<br><br>[PROPOSED] ORDER OF<br>CONDITIONAL DISMISSAL |

The Court having been informed that the parties have reached a settlement in principle, it is hereby ORDERED that the above-captioned action is dismissed and discontinued without costs, and without prejudice to the right of any party to reopen the action by written application filed within thirty (30) days of the date of this Order if the settlement is not finalized and consummated, or to seek an extension of that deadline for good cause shown.

Any application to reopen, or to extend the deadline to reopen, must be filed by the foregoing deadline; any such application filed thereafter may be denied solely on that basis. If no application to reopen or to extend the deadline to reopen is filed by that deadline, the dismissal shall be deemed with prejudice without further order of the Court.

The Initial Pretrial Conference scheduled for May 28, 2026 at 2:00 p.m., and any related pre-conference submission deadlines, are vacated. Any pending motions are denied as moot. The Clerk of Court is directed to close the case.

5/27/26

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

21635666.1